Ricardo J. Prieto (to be admitted *Pro Hac Vice*)
rprieto@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-227
Facsimile: (713) 621-0993

Melinda Arbuckle, SBN 302723
marbuckle@eeoc.net
SHELLIST | LAZARZ | SLOBIN LLP
402 West Broadway, Suite 400
San Diego, California 92101
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

*Counsel for Plaintiff and proposed FLSA Collective Action Members*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DANIEL GARCIA, on Behalf of Himself and on Behalf of All Others Similarly Situated,**<br><br>      **Plaintiff**<br><br>v.<br><br>**SOLSTICE SENIOR LIVING LLC**<br><br>      **Defendants.** | Case No: 3:22-cv-00332-MMA-AHG<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**STIPULATION OF DISMISSAL**

Defendant Solstice Senior Living LLC. ("Defendant") and Plaintiff Daniel Garcia ("Plaintiff"), by and through their counsel, hereby stipulate to the following:

*WHEREAS*, on March 11, 2022, Plaintiff filed a lawsuit against Defendant in this Court alleging a collective action for failure to pay overtime under the Fair Labor Standards Act ("FLSA").

*WHEREAS*, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their respective undersigned

counsel, stipulate to the dismissal of Plaintiff's claims as an individual *with prejudice* in light of the parties' settlement of his claims.

*WHEREAS*, pursuant to Rule 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their respective undersigned counsel, stipulate to the voluntary dismissal of the above-captioned action including all causes of action, allegations, and prayers for relief, *without prejudice* as to all putative members of the Proposed Class in the FSLA collective action.

*WHEREAS*, no collective action has been certified and the matter is being dismissed as to all parties, the parties' request that this Action be terminated.

*WHEREAS*, as the putative class allegations are being dismissed without prejudice, the rights of the unnamed members of the proposed class or collective action are unaffected.

IT IS SO STIPULATED.

DATED:  June 8, 2022

Respefully Submitted,
PETTIT KOHN INGRASSIA LUTZ & DOLIN PC

By:   /S/Brian M. Jun
Brian M. Jun, Esq.
*Counsel for Defendant Solstice Senior Living LLC*

DATED:  June 8, 2022

Respefully Submitted,
SHELLIST | LAZARZ | SLOBIN LLP

By:   /s/Ricardo J. Prieto
Ricardo Prieto
*Counsel for Plaintiff Daniel Garcia, on Behalf of Himself and on Behalf of All Others Similarly Situated*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28